UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o MUELLER WATER
PRODUCTS, INC.,                                    2013 Civ. 2029 (AKH)

        Plaintiff,                   **NOTICE OF VOLUNTARY**
                                     **DISCONTINUANCE**

  - against –

AP MOLLER-MAERSK A/S d/b/a MAERSK LINE,

        Defendant.
-----------------------------------------------------------------X

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       June 27, 2013
       115-1266

                                Respectfully submitted,

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

By: _____
      Janthe E. Brown
      65 West 36th Street, 9th Floor
      New York, New York 10018
      (212) 286-0225